CHARLES LEVY et al., as Executors of ISIDORE GOLDFELD, Deceased, Appellants, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

(Argued January 16, 1935; decided February 26, 1935.)

*Samuel Hart, Samuel Fischer* and *Charles Levy* for appellants.

*Ferdinand H. Pease* and *Louis H. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.  Not sitting: FINCH, J.